ANDREW L. PACKARD (State Bar No. 168690)
LAURIE A. MIKKELSEN (State Bar No. 260313)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N. Ste. 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
California Sportfishing Protection Alliance

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HOLIDAY HARBOR, INC., a California corporation,<br><br>　　　　Defendant. | Case No. 2:13-cv-00211-WBS-GGH<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("CSPA"), and Defendant in the above-captioned action, stipulate as follows:

**WHEREAS**, on or about November 29, 2012, CSPA provided Defendant with a Notice of Violations and Intent to File Suit ("Proposition 65 60-Day Notice Letter") under California's Safe Drinking Water & Toxic Enforcement Act, codified at Health & Safety Code Section 25249.5, *et seq.*;

**WHEREAS**, on or about December 4, 2012, CSPA provided Defendant with a Notice of Violations and Intent to File Suit ("CWA 60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

**WHEREAS**, on February 4, 2013, CSPA filed its Complaint against Defendant in this Court, and said Complaint incorporated by reference all of the allegations contained in CSPA's CWA 60-Day Notice Letter and Proposition 65 60-Day Notice Letter;

**WHEREAS**, CSPA and Defendant, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendant of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA's CWA 60-Day Notice Letter, Proposition 65 60-Day Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Parties' proposed consent agreement ("Consent Agreement") entered into by and between CSPA and Defendant is attached hereto as **Exhibit A** and incorporated by reference.

**WHEREAS**, CSPA submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the Parties that CSPA's claims be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties respectfully request an order from this Court dismissing such claims with prejudice. In accordance with Paragraph 20(b) of the Consent Agreement, the Parties

also request that this Court retain and have jurisdiction over the Parties through September 30, 2015, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Consent Agreement.

Dated:  August 2, 2013                LAW OFFICES OF ANDREW L. PACKARD

By:__/s/_____
Andrew L. Packard
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

Dated:  August 2, 2013                MAIRE & BURGESS

By:_/s/_____
Wayne Maire [By Permission of Counsel]
Attorneys for Defendant
HOLIDAY HARBOR, INC.

# ORDER

Good cause appearing, and the Parties having stipulated and agreed, IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant HOLIDAY HARBOR, INC. as set forth in CSPA's 60-Day Notice Letter and Complaint are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Consent Agreement.  IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A until September 30, 2015.
**IT IS SO ORDERED.**

Dated:  August 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE