1

2    ANDREW L. PACKARD (State Bar No. 168690)
     LAURIE A. MIKKELSEN (State Bar No. 260313)
     Law Offices of Andrew L. Packard
3    100 Petaluma Blvd. N. Ste. 301
     Petaluma, CA 94952
4    Tel: (707) 763-7227
     Fax: (415) 763-9227
5    E-mail: andrew@packardlawoffices.com

6
     Attorneys for Plaintiff
7    California Sportfishing Protection Alliance

8

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

12   CALIFORNIA SPORTFISHING
     PROTECTION ALLIANCE, a non-profit          Case No. 2:13-cv-00211-WBS-GGH
13   corporation;

14          Plaintiff,

15       vs.                                     **STIPULATION TO DISMISS
                                                 PLAINTIFF'S CLAIMS WITH
16   HOLIDAY HARBOR, INC., a California          PREJUDICE; [~~PROPOSED~~] ORDER
     corporation,                                GRANTING DISMISSAL WITH
17                                               PREJUDICE [FRCP 41(a)(2)]**
            Defendant.
18

19

20

21

22

23

24

25

26

27

28

     STIPULATION TO DISMISS WITH PREJUDICE;              CASE NO. 2:13-cv-00211-WBS-GGH
     [PROPOSED] ORDER                            1

1
2

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("CSPA"), and Defendant in the

3

above-captioned action, stipulate as follows:

4

**WHEREAS**, on or about November 29, 2012, CSPA provided Defendant with a Notice

5

of Violations and Intent to File Suit ("Proposition 65 60-Day Notice Letter") under California's

6

Safe Drinking Water & Toxic Enforcement Act, codified at Health & Safety Code Section

7

25249.5, *et seq.*;

8

**WHEREAS**, on or about December 4, 2012, CSPA provided Defendant with a Notice of

9

Violations and Intent to File Suit ("CWA 60-Day Notice Letter") under Section 505 of the

10

Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

11

**WHEREAS**, on February 4, 2013, CSPA filed its Complaint against Defendant in this

12

Court, and said Complaint incorporated by reference all of the allegations contained in CSPA's

13

CWA 60-Day Notice Letter and Proposition 65 60-Day Notice Letter;

14

**WHEREAS**, CSPA and Defendant, through their authorized representatives and without

15

either adjudication of CSPA's claims or admission by Defendant of any alleged violation or other

16

wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA's CWA

17

60-Day Notice Letter, Proposition 65 60-Day Notice Letter and Complaint, thereby avoiding the

18

costs and uncertainties of further litigation.  A copy of the Parties' proposed consent agreement

19

("Consent Agreement") entered into by and between CSPA and Defendant is attached hereto as

20

**Exhibit A** and incorporated by reference.

21

**WHEREAS**, CSPA submitted the Consent Agreement via certified mail, return receipt

22

requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day

23

review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the

24

agencies.

25

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between

26

the Parties that CSPA's claims be dismissed with prejudice pursuant to Federal Rule of Civil

27

Procedure 41(a)(2).  The Parties respectfully request an order from this Court dismissing such

28

claims with prejudice.  In accordance with Paragraph 20(b) of the Consent Agreement, the Parties

STIPULATION TO DISMISS WITH PREJUDICE;                    CASE NO. 2:13-cv-00211-WBS-GGH
[PROPOSED] ORDER                    2

also request that this Court retain and have jurisdiction over the Parties through September 30, 2015, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Consent Agreement.

Dated:  August 2, 2013                          LAW OFFICES OF ANDREW L. PACKARD


                                                By:__/s/_____
                                                Andrew L. Packard
                                                Attorneys for Plaintiff
                                                CALIFORNIA SPORTFISHING PROTECTION
                                                ALLIANCE


Dated:  August 2, 2013                          MAIRE & BURGESS


                                                By:_/s/_____
                                                Wayne Maire [By Permission of Counsel]
                                                Attorneys for Defendant
                                                HOLIDAY HARBOR, INC.

## ORDER

Good cause appearing, and the Parties having stipulated and agreed, IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant HOLIDAY HARBOR, INC. as set forth in CSPA's 60-Day Notice Letter and Complaint are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Consent Agreement.  IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A until September 30, 2015.

**IT IS SO ORDERED.**

Dated:  August 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE